```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ALEXANDRA HOBBS,                                                       :
                                                                       :
                            Plaintiff,                                 :
                                                                       :     22 Civ. 2095 (JPC)
            -v-                                                        :
                                                                       :         ORDER
JM BULLION, INC.,                                                      :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 12, 2022, the Court granted Defendant's unopposed request for extension of time to respond to the Complaint until May 20, 2022. Dkt. 10. The May 20, 2022 deadline has passed, but the docket does not reflect that Defendant filed any response to the Complaint. Accordingly, it is hereby ORDERED that, by May 24, 2022, Defendant shall either respond to the Complaint or advise the Court as to whether it seeks an extension of the deadline to respond to the Complaint.

SO ORDERED.

Dated: May 23, 2022
       New York, New York
                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge